# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>Mervin Truman Johnson and Janet Lee Johnson,<br><br>    Debtors.<br><br>UNITED STATES OF AMERICA and IOWA DEPARTMENT OF REVENUE,<br><br>    Appellants,<br><br>vs.<br><br>MERVIN TRUMAN JOHNSON and JANET LEE JOHNSON,<br><br>    Appellees. | Bankr. Case No. 06-00492<br>Chapter 12<br><br><br><br>No. C 09-3026-MWB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

_____

      This appeal of a bankruptcy court decision to the district court pursuant to 28 U.S.C. § 158 is before the court on the February 22, 2010, Agreement For Dismissal Of Appeal Filed By The United States Of America (Agreement) (docket no. 13). The Agreement, signed by counsel for United States and the debtors, commemorates the parties' agreement to dismissal of the appeal by the United States. The parties' proposed order indicates that the dismissal should be with prejudice. The appeal of the Iowa Department of Revenue was previously dismissed by agreement.

THEREFORE, this bankruptcy appeal is **dismissed, in its entirety, with prejudice**.

**IT IS SO ORDERED.**

**DATED** this 22nd day of February, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA